not against the weight of the evidence. No error of law appears. An extended opinion reciting the detailed facts and re-stating the principles of law would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).

sel was ineffective for failing to contact five witnesses prior to advising him to plead guilty.

We have reviewed the briefs of the par-ties and the record on appeal and con-clude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no prece-dential value. We have, however, provid-ed a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

Jerry SCHAEFFER, Appellant,

v.

STATE of Missouri, Respondent.

No. 75699.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 27, 1999.

Nancy L. Vincent, St. Louis, for appel-lant.

John Munson Morris, III, Karen Pope Butler, Jefferson City, for respondent.

Before: RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Jerry Schaeffer (Movant) appeals the judgment overruling his Rule 24.035 mo-tion for post-conviction relief without a hearing. On appeal, Movant contends the motion court clearly erred in denying, without a hearing, his claim that his coun-

■

Michael SWAIN, Appellant,

v.

STATE of Missouri, Respondent.

No. 75427.

Missouri Court of Appeals,
Eastern District,
Division One.

July 27, 1999.

Jennifer Walsh, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jeffer-son City, for Respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Michael Swain (Movant) appeals the judgment denying his Rule 24.035 motion